CHARLES MURR, Respondent, *v.* THE WESTERN ASSURANCE COMPANY OF TORONTO, Appellant.

*Murr* v. *Western Assurance Co.*, 57 App. Div. 635, affirmed.
(Argued May 19, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 5, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George Clinton* for appellant.

*Simon Fleischmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch., J., BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ.   Not sitting: WERNER, J.

---

THE GENEVA MINERAL SPRINGS COMPANY, LIMITED, Respondent, *v.* STEPHEN COURSEY, Appellant, Impleaded with Others.

*Geneva Mineral Springs Co.* v. *Coursey,* 57 App. Div. 620, modified.
(Argued May 19, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 29, 1900, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Charles A. Hawley* and *George L. Bachman* for appellant.

*John Gillette* for respondent.

Judgment modified by deducting the sum of $1,760, with interest from May 3, 1900, and, as modified, affirmed, without costs to either party; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.